UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

CHAD ALLISON CORPORATION,           :

                Plaintiff,     :     09 Civ. 3709 (LMM)

    - against -                   :     MEMORANDUM AND ORDER

PETER PANAGOS,                      :

                Defendant.     :

------------------------------------x

McKENNA, D.J.,

       The order dated July 7, 2009 referring the above action to a Magistrate Judge for pretrial supervision is vacated due to the prior entry on June 15, 2009 of a default judgment against plaintiff.

       The action is resolved and closed unless the default judgment is vacated either (i) by written agreement between plaintiff and defendant or (ii) on motion by plaintiff.

SO ORDERED.

Dated: July 16, 2009

                                          Lawrence M. McKenna
                                             U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/09

JUL 1 6 2009